UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 24-4098

UNITED STATES OF AMERICA,
               Plaintiff-Appellee,

vs.

JEREMY DAVIS,
               Defendant-Appellant.
_____/

## Motion for Extension of Time to File
## Opening Brief of Appellant and Appendix

Pursuant to Rule 31(c) of the local rules of procedure of the United States Court of Appeals for the Fourth Circuit, Appellant, Jeremy Davis, through his undersigned attorney, respectfully requests that this Court grant this motion for extension of time to file the Opening Brief of Appellant and Appendix for a period of twelve (12) days and in support of states as follows:

1. The Opening Brief of Appellant and Appendix are currently due on September 4, 2024.

2. Undersigned counsel needs additional time to effectively carry out her responsibilities to Appellant given the complicated factual history of this matter.

3. The undersigned previously made numerous efforts to schedule a telephone conference with the Appellant, which was previously scheduled for August

14, 2024 at 8:30 a.m. Undersigned counsel was not contacted on said date and time. In fact, undersigned counsel was not contacted by the correctional facility to speak to the Appellant until August 20, 2024 at 9:00 a.m. During said telephone conversation, the Appellant addressed several issues and documents which the Appellant desired for the undersigned to review prior to submitting an Opening Brief and Appendix. As a result of the delay in having contact with the Appellant, the undersigned requires additional time to properly research and review said issues and documents.

4. The case file for this matter is voluminous as this is a matter that was scheduled for a resentencing hearing following a successful § 2255 petition by the Appellant alleging ineffective assistance of counsel at the district court level. As a result, several issues that arose prior to the resentencing hearing and in the original sentencing will have to be reexamined and/or readdressed. In light of the same, undersigned counsel is ensuring that she has all sealed materials to include in the Joint Appendix and to appropriately address the Appellant's meritorious arguments.

5. Additionally, in addition to the undersigned's workload which has consisted of numerous hearings, mediations, and appointments, the undersigned's family member continues to require extensive care as he is confined to a wheelchair at this time and is limited in the activities he can perform. The

undersigned continues to care for said family member and coordinate home health agency visits and therapy appointments.

6. Given the above, undersigned counsel believes that a twelve (12) day extension will allow her adequate time to address the issues mentioned by the Appellant, ensure that the appropriate documents are included in the Appendix (many of which are sealed materials), and prepare the Opening Brief of Appellant and Appendix.

7. This motion is made in good faith and not for the purposes of unnecessary delay.

8. Opposing counsel has no objection to this motion.

WHEREFORE, the Appellant moves for an order granting a twelve (12) day time period to file the Opening Brief of Appellant and Joint Appendix, due on September 16, 2024.

CERTIFICATE OF SERVICE

I certify that on September 3, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF which will send notice of such filing to the following registered CM/ECF users:

AUSA Katherine H. Flynn

                Respectfully Submitted,

                /s/ Amy K. Raffaldt, Esq.
                Amy K. Raffaldt, Esq.
                The Law Office of Amy K. Raffaldt, Esq.
                1341 44th Avenue North, Suite 205
                Myrtle Beach, SC 29577
                (843) 839-2900 Telephone
                (843) 839-2913 Facsimile
                Email: Amy@raffaldtlawfirm.com
                *Attorney for Defendant/Appellant*